# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5007**                                    **September Term, 2025**

**1:25-cv-03306-PLF**

**Filed On: April 28, 2026** [2170701]

American Federation of State, County and
Municipal Employees, AFL-CIO, et al.,

      Appellees

    v.

Donald J. Trump, in his official capacity as
President of the U.S., et al.,

      Appellants

# O R D E R

Upon consideration of the court's order to show cause filed March 24, 2026, and the responses thereto, it is

**ORDERED** that the order to show cause be discharged.  It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The parties are directed to file motions to govern further proceedings in this case within 30 days of this court's disposition of <u>National Treasury Employees Union v. Trump</u>, No. 25-5157; <u>American Foreign Service Association v. Trump</u>, No. 25-5184; and <u>Federal Education Association v. Trump</u>, No. 25-5303 (argued December 15, 2025).

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                BY:    /s/
                                 Louis Karl Fisher
                                 Deputy Clerk